OPINION — AG — ** COUNTY TREASURER — SUPPLIES — FUNDS ** IF THE SUPPLIES REFERRED TO BY YOU ARE LIMITED TO SUPPLIES USED BY THE COUNTY TREASURER FOR PURPOSE SUCH AS REFERRED TO 68 O.S. 432.1 [68-432.1], THE COUNTY TREASURER IS AUTHORIZED TO PURCHASE THE SAME AND PAY THE PURCHASE PRICE THEREOF OUT OF THE " RESALE PROPERTY FUND " BY FOLLOWING THE PROCEDURE SET FORTH. (PUBLICATION, EQUIPMENT, EXPENDITURES, MATERIALS) CITE: 68 O.S. 432.1 [68-432.1] (FRED HANSEN)